JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JESUS MARINO QUINTERO FLORES,

Petitioner,

v.

FERETI SEMAIA, et al.,

Respondents.

Case No. 5:26-cv-04717-PD

**JUDGMENT**

**A# 077-298-798**

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus and Ordering Release, IT IS ADJUDGED that the Petition is granted as to Claim Two, and the remaining claims are dismissed without prejudice.

The Clerk of the Court is directed to close this case.

DATED: September 2, 2026

Patricia Donahue

Patricia Donahue
United States Magistrate Judge